# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | | |
|---|---|---|
| TRICIA GOODE, | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO: 1:21-cv-337-HAB-SLC |
| PARKVIEW HOSPITAL, INC. | ) | |
| Defendant. | ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Tricia Goode, by counsel, and Defendant Parkview Hospital, Inc., by counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, stipulate and agree that the cause of action alleged in Plaintiff's Complaint should be dismissed with prejudice. The parties further stipulate and agree that no motion for costs and/or attorneys' fees will be brought by Plaintiff or Defendant with regard to the claims now dismissed herein.

Respectfully submitted,

**LAW OFFICE OF JENNIFER L. HITCHCOCK**

| | |
|---|---|
| /s/ Jennifer L. Hitchcock | /s/Robert D. Moreland |
| Jennifer L. Hitchcock | Robert D. Moreland |
| 116 E. Berry Street, Suite 625 | PO Box 362 |
| Fort Wayne, IN 46802 | Angola, IN 46703 |
| (260) 240-4644 | (260) 527-4800 |
| Counsel for Plaintiff | Counsel for Defendant |